WALLACE <em>v.</em> JACKSON.

HILL, J. The petition in this case does not set out a cause of action plainly, fully, and distinctly, as required by law. Civil Code (1910), § 5514. It is substantially the same as the petition in the case of *Block* v. *Information Buying Co.,* 170 *Ga.* 466 (153 S. E. 182), which this court held was subject to demurrer. Therefore the trial court did not err in sustaining the demurrer filed to the present petition.

<em>Judgment affirmed. All the Justices concur.</em>

No. 7505. MAY 16, 1930.

*Orin J. Bundy* and *J. L. R. Boyd,* for plaintiff.

*R. R. Jackson,* for defendant.